UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS_6

CIVIL MINUTES - GENERAL

| Case No. | 08-1204 PSG (AGRx) | Date | December 3, 2008 |
|---|---|---|---|
| Title | Cheryl Kelmar v. Countrywide Financial Corp. et al. | | |

Present: The Honorable Philip S. Gutierrez, United States District Judge

| Wendy K. Hernandez | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):          Attorneys Present for Defendant(s):

Not Present                                  Not Present

**Proceedings:**     **(In Chambers) Remand Order**

      On February 22, 2008, Defendant removed this action to this Court on the basis of federal question jurisdiction pursuant to 28 U.S.C. § 1331.  On August 4, 2008, Plaintiff filed an amended complaint which eliminated all federal causes of action.  The Court declines to exercise supplemental jurisdiction over the remaining state law claims.  *See, e.g., Price v. PSA, Inc.*, 829 F.2d 871, 876 (9th Cir. 1987), *cert. denied*, 486 U.S. 1006, 108 S. Ct. 1732, 100 L. Ed. 2d 196 (1988).  Accordingly, this action is hereby REMANDED.

      **IT IS SO ORDERED.**